# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2020

159390

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CASEY LAVERN OLNEY,
          Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159390
COA: 343929
Jackson CC: 17-005539-FH

By order of September 20, 2019, the prosecuting attorney was directed to file a supplemental answer to the application for leave to appeal the March 14, 2019 judgment of the Court of Appeals. On order of the Court, the supplemental answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of the defendant's argument that MCL 768.27c does not apply to preliminary examinations.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2020



Clerk

t0415